Steven T. Gebelin (SBN 261507)
        steven@lawbylg.com
**LESOWITZ GEBELIN LLP**
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
Telephone: (310) 341-3072
Facsimile:  (310) 341-3070

Attorneys for Plaintiff
Twin Planet Co., Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN PLANET CO., LTD., a Japanese Corporation )<br><br>          Plaintiff,          )<br><br>     vs.          )<br><br>DOES 1 through 10, inclusive,          )<br><br>          Defendants.          )<br>_____ ) | Case No.: 3:22-cv-3508<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff TWIN PLANET CO., LTD., a Japanese Corporation ("Twin Planet"), by and through its attorneys, and for a complaint against the Defendants, hereby alleges as follows:

## NATURE OF THE CASE

1.      This matter arises from the egregious and completely false defamation of Twin Planet via an anonymous blog published on the website Wordpress.com, based in this judicial district.  Via statements published on **twinplanetpresident.wordpress.com**, the anonymous defendants spread their lies about Twin Planet and its officers from this judicial district to readers across the internet and throughout the world.

2.      Among other defamatory statements, the defendants falsely accused Twin Planet of training aspiring entertainers to act as "salespeople" defrauding victims via scams, forcing female entertainers to provide sexual favors to criminals and gangsters related to Twin Planet's president, Kenji Yajima, and claiming that Twin Planet's executives were members and associates of an organized crime syndicate.

3.      As a result of the outrageous and toxic defamation, Twin Planet has suffered and continues to suffer damages to its reputation and significant economic losses.

## THE PARTIES

4.      Plaintiff TWIN PLANET CO., LTD., ("Plaintiff" or "Twin Planet") is a Japanese Corporation with offices in the Japanese cities of Tokyo, Osaka, Fukuoka, and Nagoya.  Established in 2006, Twin Planet is an "IP Agency," helping to develop, commercialize, promote, and develop events for a wide range of businesses in the entertainment field, centered on the use of Intellectual Property. Led by its President and CEO Kenji Yajima, Twin Planet is a successful entertainment company and member of professional organizations like the WOM Marketing Council (WOMJ), Japan Interactive Advertising Association (JIAA), and General Incorporated Association Japan 2.5D Musical Association.  Twin Planet also operates Twin Planet Entertainment, its production company that utilizes unique and talented entertainers, such as fashion

models, actors, pop music stars, artists, online influencers and content creators, dancers, composers, musicians, public speakers, and comedians.

5.      Defendants Does 1 through 10, inclusive (collectively "Defendants") are the publishers of the blog at URL address **twinplanetpresident.wordpress.com** as described herein.  Plaintiff does not know the true names or capacities, whether individual, associate, corporate or otherwise, of the defendants sued herein and identified as Does 1 through 10, inclusive, and Plaintiff therefore sues said Defendants by such fictitious names pursuant to Section 474 of the California Code of Civil Procedure. Plaintiff will amend this Complaint to state the true names and capacities of these defendants once Plaintiff discovers this information.

6.      Plaintiff is informed and believes, and based thereon alleges that each of the Defendants sued herein by a fictitious name is in some way liable and responsible to Plaintiff on the facts herein alleged for Plaintiff's damages, and such injuries were proximately caused by such Defendants.  Plaintiff is informed and believes and thereon allege that at all times relevant hereto, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, co-conspirator, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of the Plaintiff's rights and the damages to the Plaintiff proximately caused thereby.

## JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332, as the suit is between parties that are citizens of a State and citizens or subjects of a foreign state and that the amount in controversy exceeds $75,000, exclusive of interest and costs.

8.      This Court has personal jurisdiction over the Defendants as they have published the defamatory conduct within this district and have consented to the

jurisdiction of federal courts located in San Francisco County, California for any disputes arising out of their access to or use of Wordpress.com and its services.

9.    On information and belief, Defendants have engaged in sufficient minimum contacts with the United States and has purposefully availed themselves of the benefits and protections of both United States and California law such that the exercise of jurisdiction over Defendants would comport with due process requirements.

10.    This district is the proper venue pursuant to 28 U.S.C. § 1391 because the tortious acts occurred in the Northern District of California, where the principal place of business of the service provider Automattic, Inc. (owner and operater of WordPress.com) is located, such that a substantial part of the acts or omissions giving rise to Plaintiff's claims occurred in this District.   Furthermore, on information and belief, Defendants are subject to jurisdiction within the district based on their tortious conduct therein and agreement to jurisdiction within this District for its use of Automattic Inc.'s services in hosting the wordpress.com website.

## INTRADISTRICT ASSIGNMENT

11.    Pursuant to Civil Local Rule 3-2(d), this diversity action shall be assigned to assigned to the San Francisco Division or the Oakland Division, as a substantial part of the events or omissions giving rise to the claim occurred within San Francisco County, such that the claims arise therefrom.

## FACTUAL BACKGROUND

12.    On information and belief, on or about June 22, 2021, Defendants published a defamatory blog entry titled "Twin Planet Kenji Yajima, the darkness hidden in the Entertainment Industry," at https://twinplanetpresident.wordpress.com/2021/06/22/02/ (the "WordPress Post").   Among other false statements, the WordPress Post falsely asserted that:

   a. That Twin Planet and its people "have no connection with the entertainment industry" and "none of [their aspiring entertainer clients] are connected to the entertainment business" or work in the entertainment industry;

    b.  That Twin Planet's CEO is a "ketsumochi (gangster)" in an organized crime syndicate and the other executives are "associate members" of the same organized crime syndicate;

    c.  Rather than training aspiring male performers for careers in the entertainment industry, Twin Planet instructs these men with acting skills to act as Twin Planet's "special fraud salespeople or 'scammer' and 'perpetrator' for imposter scams and remittance scams."

    d.  More than 10 Twin Planet staffers (who "should be victims") have "arrested, sentenced to prison, and have been in prison for three to six or seven years" in connection with such fraud by Twin Planet;

    e.  For aspiring women performers, Twin Planet requires them to make "pillow(sleep) sales", *i.e.*, to provide sexual services on the "casting couch";

    f.  Such women are further "forced to provide the body to the criminals, gangsters, and anti-social villains related to President Kenji Yajima.";

A true and correct copy of the WordPress Post is attached hereto as **Exhibit A**, with a certified English translation attached at **Exhibit B**.

13.    The WordPress Post contains false, defamatory and unprivileged statements of and concerning Twin Planet that are entirely false as they pertain to Twin Planet.

14.    The WordPress Post further falsely purports to be a communication made by and on behalf of Twin Planet and its CEO, posting under the user name "twinplanetpresident" and falsely identifying its author as "Kenji Yajima, President of Twin Planet."  Neither Twin Planet nor its president, Kenji Yajima published the WordPress Post.

15.    Twin Planet is informed and believes and thereon alleges that Defendants' WordPress Posts likewise violated the Wordpress.com and Automattic's "Terms of Service" and "User Guidelines" that specifically prohibit, among other things, content that violates the law and impersonation. These Terms of Service with a link to

incorporated User Guidelines can be found at **wordpress.com/tos/**and

**wordpress.com/support/user-guidelines/**, respectively.

16.     As set forth above, Defendants' false claims about Twin Planet on the WordPress Post were published by Defendants to the entire world via their public facing WordPress.com site.  The false accusations made by Defendants have spread among the community, causing further damage to Twin Planet's reputation and business.

## FIRST CAUSE OF ACTION

### (LIBEL PER SE– Against All Defendants)

17.     Plaintiff hereby re-alleges, as if fully set forth herein, the allegations of the preceding paragraphs.

18.     The WordPress Post is libelous on its face because the language therein contains defamatory meanings, as opposed to innocent meanings.  The WordPress Post falsely charges Twin Planet with fraud and deception in the operation of its business, participation in organized crime, and immoral acts.  Defendants thereby have made false and unprivileged statements about Plaintiff that have a tendency of injuring Plaintiff's reputation in the community and in its business.

19.     The WordPress Post's defamatory statements were either known by Defendants to be false or Defendants acted in reckless disregard of the truth and the rights of Plaintiff when they wrote and published the Report with the defamatory statements, when they wrote and published these 'postings with the knowledge that the internet postings would be viewed by persons who were in existing or potential business relationships with Plaintiff, such as employees, prospective employees and clients.

20.     As a result of the Report, Plaintiff has suffered loss of business opportunities, loss of reputation, shame, mortification and hurt feelings, all to its general damage in an amount to be proven at trial, but not less than $1,000,000.

21.     Plaintiff alleges that the defamatory content of the WordPress Post was written and published by Defendants with malice and/or oppression in that the content of the postings contain false, defamatory statements that were known by Defendants to be

false, and their publication was made by Defendants with  extreme indifference to Plaintiff's rights, with the intention of destroying Plaintiff's reputation, and to cause Plaintiff to lose its ability to pursue its business.  Plaintiff is therefore entitled to punitive damages.

22.    Plaintiff has no adequate remedy at law to compensate them for the continuing injuries inflicted by Defendants' defamatory statements and their ongoing publication in the WordPress Post. Accordingly, Plaintiff is entitled to temporary, preliminary and permanent injunctive relief.

<div align="center">

**PRAYER**

</div>

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.  General damages in an amount according to proof but no less than $1,000,000;

2.  Special damages in an amount according to proof;

3.  Punitive damages according to proof;

4.  Interest in an amount according to proof;

5.  For a temporary, preliminary, and/or permanent injunction enjoining Defendants from publishing and continuing to publish the aforementioned false, defamatory and unprivileged statements of and concerning Twin Planet.

6.  Reasonable attorneys' fees and/or costs of suit incurred herein; and

7.  Such further relief as the Court may deem just and proper.


Date: June 14, 2022              **LESOWITZ GEBELIN LLP**


                                 By:  _____

                                     Steven T. Gebelin
                                     Attorneys for Plaintiff Twin Planet Co. Ltd.

## <u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff Twin Planet Co., Ltd. hereby demands a jury trial as provided by Rule 38(b) of the Federal Rules of Civil Procedure and Local Rule 3-6.

Date: June 14, 2022                **LESOWITZ GEBELIN LLP**

By: _____

Steven T. Gebelin
Attorneys for Plaintiff Twin Planet Co., Ltd.

# EXHIBIT A

**https://twinplanetpresident.wordpress.com/2021/06/22/02/**



## ツインプラネットがヤバい – 矢嶋健二社長は神戸山口組山健組がケツモチ

ツインプラネットがヤバい – 矢嶋健二社長は神戸山口組山健組がケツモチ

---

月: 2021年6月

# ツインプラネット矢嶋健二、芸能界に潜む闇の姿





矢嶋健二

◆ ツインプラネット矢嶋健二、芸能界に潜む闇の姿

ツインプラネットでは、『ツインプラネット オーディション』の詐欺商法に引っ掛かり**養成所に通わされた被害者**の中から、**闇の会議**にて選ばれてしまった**さらなる被害者**の一例を告発します（**ツインプラネット元幹部**）。



矢嶋健二

---

### ◆ 被害者男性を特殊詐欺の営業要員に落とし込む

**男性**には、本来は芸能人になるための養成所（もちろん有料）のはずなのに、にわか仕込みの演技力を仕込まれ、**特殊詐欺の営業要員や、オレオレ詐欺、振り込め詐欺の「かけ子」「受け子」要員**に落とし込まれます。

実際に、**逮捕**され、**実刑判決**を受けて、３年〜６、７年**刑務所に服役している被害者というべき加害者**が１０人以上実在しています。



◆ 被害者女性には「スターになるには、枕営業が常識だ！！」

**女性**には、

**「スターになるには、枕営業が常識だ！！」**

と、言葉巧みに丸め込み、**矢嶋健二社長の関係する犯罪者や暴力団、反社の悪人に身体を提供することを強要**しています。



もちろん、**芸能界とは無関係の人たち**であり、**芸能の仕事につながることなど皆無**です。

矢嶋健二社長の私利私欲のためであり、その金銭すらも**ツインプラネットの犯罪収益の一環**となっています。

Case 3:22-cv-03508-SK　Document 1　Filed 06/14/22　Page 13 of 21



矢嶋健二

---

<div style="border: 2px solid magenta;">

**◆ 何故レッスン生（スクール生）たちは泣き寝入りをし、矢嶋健二社長は逮捕されないのか？**

</div>

矢嶋健二社長は、**神戸山口組山健組がケツモチ**であり、ツインプラネットの幹部社員は**山健組の準構成員**であり、選ばれてしまった上記の被害者たちは恐怖に陥り、完全に洗脳されてしまっているのが理由です。

被害者や被害者の関係者が、矢嶋健二社長に**犯罪強要行為**に対するクレームを入れると、矢嶋健二社長の態度はいつもとは豹変。

「俺を誰だと思ってるんだ！　神戸山口組の山健組だぞ！！　お前もお前の家族の人生もメチャメチャにしてやるぞ！！」

「さらうぞ！！」

「かたわにするぞ！！」

など、恐ろしい言葉を並べ立て、鬼のような形相で責め立ててきます。

**二重人格**です。

というよりも、それが矢嶋健二社長の本性なのです・・・。

矢嶋健二社長は、**多額の金銭を神戸山口組山健組に上納**し、**暴力団の資金源**となっています。正真正銘の悪党であり、一刻も早く逮捕され、**ツインプラネットの悪事**が世間に認識され、切に被害を止めたく告発を決断しました。



矢嶋健二

●[TWIN PLANET ENTERTAINMENT](#)
●[TWIN PLANET – Wikipedia](#)
●[矢嶋健二（ツインプラネット社長）は狡猾な詐欺師](#)
●[ツインプラネットがやばい – 社長・矢嶋健二による壮絶なセクハラ・パワハラ](#)



2021年6月22日  /  ツインプラネット, ツインプラネット やばい, ツインプラネット オーディション, ツインプラネット 矢嶋, ツインプラネット 社長, 矢嶋健二, 神戸山口組, TWIN PLANET  /  ツインプラネット, ツインプラネット やばい, ツインプラネット オーディション, ツインプラネット 矢嶋, ツインプラネット 社長, 矢嶋健二, 神戸山口組, TWIN PLANET

ツインプラネットがヤバい – 矢嶋健二社長は神戸山口組山健組がケツモチ  /  WordPress.com で無料サイトやブログを作成.

# **EXHIBIT B**

Certified Translation of

**https://twinplanetpresident.wordpress.com/2021/06/22/02/**



ATA Member ID: 217219

# CERTIFICATE

## OF TRANSLATION

June 11, 2022

To: Whom it may concern,

Subject: **Order#68126**: Translation of the **Twin Planet Kenji Yashima, the darkness hidden in the Entertainment Industry Document** from **Japanese to English.**

We Languex LLC, a professional translation company, hereby certify that the above-mentioned document(s) have been translated by experienced and qualified professional translators and that, in our best judgment the translated text truly reflects the content, meaning, and style of the original text and constitute in every aspect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document or that the statements contained in the original document are true. Further, Languex LLC assumes no liability for the way in which translation is used by the customer or any third party, including end user of the translation.

A copy of the translation is attached to this certification.

_____

Ebad Akbari
Managing Director
Languex LLC

I, **David Cheng** am competent to translate from **Japanese to English** and certify that the translation of the **attached document and which is also mentioned in the above subject line of this certificate of translation accuracy** is true and accurate to the best of my abilities.

David Cheng
Translator
Languex Translation LLC
Date:  June 11, 2022



(833) 551 1381| support@languex.co | 6605 Longshore Street, Suite 240, Dublin, Ohio 43017

4/4/22, 11:10 AM
Case 3:22-cv-03508-SK Document 1 Filed 06/14/22 Page 17 of 21
Twin Planet terrible ー KENJI Yashima president of Kobe Yamaguchi-gumi Yamaken-gumi gangster.



Twin Planet terrible ー **KENJI YASHIMA president of Kobe Yamaguchi-gumi Yamaken-gumi gangster**

Twin Planet terrible ー KENJI YASHIMA president of Kobe Yamaguchi-gumi Yamaken-gumi gangster

---

## Month: June 2021

## Twin Planet **Kenji Yashima**, the darkness hidden in the Entertainment Industry





Kenji Yashima



◆ Twin Planet **Kenji Yashima**, the darkness hidden in the Entertainment Industry

July 2021 Twin Planet CEO Daimon Kenji Yashima president of Kobe Yamaguchi-gumi Yamaken-gumi gangster.

ChargeTwin Planet one of the victims who were caught in the fraudulent business practices of "Twin Planet Audition" were sent to the training school, of being further victims who were selected at a dark meeting (former Twin Planet executive).



Kenji Yashima

◆ Drop male victim into sales personnel of special scams

Men are supposed to be trained to become entertainers (with a fee, of course), but they are trained in acting skills of a rush, and dropped into special fraud salespeople or "scammer" and "perpetrator" for imposter scams and remittance scams.

In fact, there are more than 10 actual perpetrators who should be victims have been arrested, sentenced to prison, and are serving three to six or seven years in jail.



**REMITTANCE SCAMMER LEADER ARRESTED**

◆ To the female victim, "To become a star, pillow(sleep) sales are common sense!!"

For women,

「To become a star, pillow(sleep) sales are common sense!!」

In fact, deceived by honey words they are forced to provide the body to the criminals, gangsters, and anti-social villains related to President Kenji Yashima.



Of course, they have no connection with the entertainment industry and none of them are connected to the entertainment business.

It is all for the personal selfish desires of President Kenji Yashima, and also that money gained is part of Twin Planet's criminal processment.

4/4/22, 11:10 AM
Case 3:22-cv-03508-SK Document 1 Filed 06/14/22 Page 20 of 21
Twin Planet president Kenji Yashima president of Kobe Yamaguchi-gumi Yamaken-gumi gangster.



Kenji Yashima

◆ Why are the lesson students (school students) crying themselves to sleep, President Kenji Yashima not arrested?

President Kenji Yajima, Kobe Yamaguchi-gumi Yamakengumi is a ketsumochi(gangster), and the executives of Twin Planet are associate-members of Yamakengumi, and the above-mentioned victims who have been selected are terrified and completely brainwashed.

When the victim and the victim's associates complained to President Kenji Yashima about the forced criminal act, President Kenji Yshiima's attitude changed from usual.

「Who the hell do you think you're dealing with！It's the Yamakengumi of Kobe Yamaguchi-gumi!!　It's going to mess up your family's wholelife!!」

「Kill you!!」

「Cripple you!!」

Such as, horrifying words lined up with a demon-like appearance.



Twin Planet terrible – KENJI YASHIMA president of Kobe Yamaguchi-gumi Yamaken-gumi gangster.
Dual personality.

Rather, that is the true nature of President Kenji Yashima.

President Kenji Yashima has paid a large amount of money to the Kobe Yamaguchi-gumi Yamaken-gumi, which is a source of funds for the gangsters. He is a genuine villain, with charges against him in order to have him arrested as soon as possible, to have Twin Planet's wrongdoings recognized by the public, and to stop the damage he is causing.



Kenji Yashima

● TWIN PLANET ENTERTAINMENT
● TWIN PLANET – Wikipedia
● Kenji Yajima (President of Twin Planet)Cunning scammer
● Twin Planet is terrible –President~Kenji Yajima Fierce sexual harassment・Power harassment





June 22, 2021 / Twin Planet, Twin Planet terrible, Twin Planet Audition, Twin Planet Yashima, Twin Planet President, Kenji Yashima, Kobe Yamaguchi-Gumi, TWIN PLANET / Twin Planet, Twin Planet terrible, Twin Planet Audition, Twin Planet Yashima, President of Twin Planet, Kenji Yashima, Kobe Yamaguchi-Gumi, TWIN PLANET

Twin Planet terrible  – KENJI YASHIMA president of Kobe Yamaguchi-gumi Yamaken-gumi / Create free sites and blogs on WordPress.com.