UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN PLANET CO., LTD., | Case No. 22-cv-03508-SK |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DOES, | |
| Defendant. | |

Plaintiff filed this action on June 14, 2022. The initial case management conference was scheduled for September 12, 20222. Therefore, Plaintiff's case management statement was due to be filed by no later than September 6, 2022. When Plaintiff failed to comply with this deadline, the Clerk issued a notice to remind Plaintiff of the obligation to do so. On September 12, 2022, the morning of the scheduled case management conference, Plaintiff finally filed a case management statement in which Plaintiff stated that Defendants had not yet been served and that Plaintiff may bring motions as necessary to extend service. (Dkt. No. 11.)

Pursuant to Federal Rule of Civil Procedure 4 ("Rule 4"), "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court must extend the time for service "if the plaintiff shows good cause for the failure." *Id*. The time to serve Defendant expires today, on September 12, 2022. Therefore, the Court issues Plaintiff an Order to Show Cause ("OSC") in writing by no later than September 22, 2022, why this case should not be dismissed for failure to prosecute. If Plaintiff fails to respond to this OSC by this date, the Court will reassign this matter to a district court judge with a recommendation that the action be dismissed for failure to prosecute.

/ / /

The Court FURTHER ORDERS that the case management conference is VACATED and will be reset at a later time if necessary.

**IT IS SO ORDERED**.

Dated: September 12, 2022

_____
SALLIE KIM
United States Magistrate Judge