UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TWIN PLANET CO., LTD.,

          Plaintiff,

    v.

DOES,

          Defendant.

Case No. 22-cv-03508-SK

**FURTHER ORDER TO SHOW CAUSE**

On September 12, 2022, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute, based in part on Plaintiff's failure to timely file its required case management statement. In the Order discharging the OSC, the Court noted that Plaintiff failed to explain why it failed to file its case management statement on time and admonished Plaintiff that Court deadlines are not optional. The Court continued the initial Case Management Conference to January 9, 2023 and stated that the parties' case management statement was due to be filed by no later than January 3, 2023. Plaintiff yet again failed to file a case management statement and failed to appear for the case management conference. Moreover, Plaintiff's deadline to serve Defendants expired on November 14, 2022. It is not clear whether Plaintiff complied with this deadline either.

Therefore, the Court issues Plaintiff an Order to Show Cause ("OSC") in writing by no later than January 19, 2023, why this case should not be dismissed for failure to prosecute. If Plaintiff fails to respond to this OSC by this date, the Court will reassign this matter to a district court judge with a recommendation that the action be dismissed for failure to prosecute.

/ / /

/ / /

1    The Court FURTHER ORDERS that the case management conference is VACATED and
will be reset at a later time if necessary.

**IT IS SO ORDERED**.

Dated: January 9, 2023



SALLIE KIM
United States Magistrate Judge