UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN PLANET CO., LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOES,<br><br>　　　　　Defendant. | Case No. 22-cv-03508-SK<br><br>**REPORT AND RECOMMENDATION AND ORDER OF REASSIGNMENT** |

On September 12, 2022, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute, based in part on Plaintiff's failure to timely file its required case management statement. In the Order discharging the OSC, the Court noted that Plaintiff failed to explain why it failed to file its case management statement on time and admonished Plaintiff that Court deadlines are not optional. The Court continued the initial Case Management Conference to January 9, 2023 and informed Plaintiff that the parties' case management statement was due to be filed by no later than January 3, 2023. Again, Plaintiff failed to file a case management statement and failed to appear for the case management conference. Therefore, the Court issued a FURTHER OSC why this case should not be dismissed for failure to prosecute. The Court advised Plaintiff that if it failed to respond to the Further OSC by January 19, 2023, the Court would reassign this matter to a district court judge with a recommendation that the action be dismissed for failure to prosecute. Again, Plaintiff failed to comply with the deadline and has not responded to the Further OSC.

Because Defendants have not appeared and, thus, have not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), the Court does not have authority to make a dispositive ruling in this case. Accordingly, the Court ORDERS that this case be REASSIGNED

to a District Judge.  The Court HEREBY RECOMMENDS that the District Court DISMISS this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: January 25, 2023

_____
SALLIE KIM
United States Magistrate Judge