UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN PLANET CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOES, <br><br> Defendant. | Case No. 22-cv-03508-JSW <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE** <br><br> Re: Dkt. No. 18 |

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") issued by Magistrate Judge Kim, which recommends that the Court dismiss this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The time to file an objection to the Report has passed, and the Court has not received an objection from Plaintiff.

Having reviewed the Report and the record in the case, the Court finds the Report well-reasoned and thorough and ADOPTS the Report in every respect. Accordingly, for the reasons set forth in the Report, the Court DISMISSES the action without prejudice. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 9, 2023

_____
JEFFREY S. WHITE
United States District Judge